Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 278512)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS FLOYD and JEFFREY KATZ**, individually and on behalf of all others similarly situated, Plaintiff, vs. **WENIG HOLDINGS LLC DBA INSURANCESERVICES4U.COM**; DOES 1 through 10, inclusive, Defendant(s). | Case No. 3:21-cv-05548-JCS **STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE.** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter in its entirety without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

///

Respectfully submitted this 11th Day of November, 2021,

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: November 11, 2021   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: s/ Todd M. Friedman
Todd M. Friedman ESQ.
Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on November 11, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on November 11, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/ Todd M. Friedman</u>
Todd M. Friedman